Docusign Envelope ID: 3CDB8A2D-448C-4D5F-88A2-94FA9FE1B156

United States Courts
Southern District of Texas
**FILED**

AUG 27 2024

Nathan Ochsner, Clerk of Court

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Southern__   District of __Texas__
                                  (State)
Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Creative Technologies, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 2732 Grand Ave Ste 122 | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Everett    WA   98201 | |
   | City    State  ZIP Code | City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Snohomish | Multiple locations in Texas |
   | County | Number   Street |
   | | |
   | | City   State   ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

DocuSign Envelope ID: 3CDB8A2D-448C-4D5F-88A2-94FA9FE1B156

Debtor  Creative Technologies, LLC
　　　　 Name                                    Case number (if known) _____

| | |
|---|---|
| 6. **Debtor's website** (URL) | _____ |

| | |
|---|---|
| 7. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |

| | |
|---|---|
| 8. **Type of debtor's business** | *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |

| | |
|---|---|
| 9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No <br> ☒ Yes. Debtor Water Station Management LLC   Relationship _____ <br> District Southern   Date filed 08/27/2024   Case number, if known _____ <br>                                                 MM / DD / YYYY <br><br> Debtor Refreshing USA, LLC   Relationship _____ <br> District Southern   Date filed 08/27/2024   Case number, if known _____ <br>                                                 MM / DD / YYYY |

## Part 3: Report About the Case

| | |
|---|---|
| 10. **Venue** | *Check one:* <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked:* <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Docusign Envelope ID: 3CDB8A2D-448C-4D5F-88A2-94FA9FE1B156

Debtor  Creative Technologies, LLC
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Stillwater Ventures LLC | Machine value and arrears | $ 2,373,750.00 |
| Gray Family Enterprises LLC | Machine value | $ 2,175,000.00 |
| Rosewater Ventures LLC | Machine value and arrears | $ 4,032,750.00 |
| Coldwater Vending LLC | Machine value and arrears | $ 4,062,500.00 |
| | Total of Petitioners' Claims | $ 12,644,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Stillwater Ventures LLC
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood     CA      90046
City               State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Grillo
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood     CA      90046
City               State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2024
             MM / DD / YYYY

Signed by: *David Grillo*
           28578FCE7387491...
Signature of petitioner or representative, including representative's title

**Attorneys**

Ericka F. Johnson
Printed name

Bayard, P.A.
Firm name, if any

600 North King Street, Suite 400
Number   Street

Wilmington         DE      19801
City               State   ZIP Code

Contact phone  302-429-4275   Email ejohnson@bayardlaw.com

Bar number  5024

State  Delaware

*Ericka Johnson*
Signature of attorney

Date signed  08/27/2024
             MM / DD / YYYY

Docusign Envelope ID: 3CDB8A2D-448C-4D5F-88A2-94FA9FE1B156

| Debtor | Creative Technologies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Name and mailing address of petitioner**

Gray Family Enterprises LLC
Name

23233 N. Pima Rd., Ste. 113-367
Number   Street

Scottsdale       AZ       85255
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Don Gray
Name

23233 N. Pima Rd., Ste. 113-367
Number   Street

Scottsdale       AZ       85255
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2024
             MM / DD / YYYY
—Signed by:

✗ *Don Gray*
   B70871BB9F3C402...
Signature of petitioner or representative, including representative's title

Ericka F. Johnson
Printed name

Bayard, P.A.
Firm name, if any

600 North King Street, Suite 400
Number   Street

Wilmington            DE       19801
City                  State    ZIP Code

Contact phone  302-429-4275   Email ejohnson@bayardlaw.com

Bar number  5024

State  Delaware

✗ *Ericka Johnson*
Signature of attorney

Date signed  08/27/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Rosewater Ventures LLC
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood     CA      90046
City               State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Grillo
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood     CA      90046
City               State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2024
—Signed by MM / DD / YYYY

✗ *David Grillo*
   28578FCE7387491...
Signature of petitioner or representative, including representative's title

Ericka F. Johnson
Printed name

Bayard, P.A.
Firm name, if any

600 North King Street
Number   Street

Wilmington            DE       19801
City                  State    ZIP Code

Contact phone  302-429-4275   Email ejohnson@bayardlaw.com

Bar number  5024

State  Delaware

✗ *Ericka Johnson*
Signature of attorney

Date signed  08/27/2024
             MM / DD / YYYY

Docusign Envelope ID: 3CDB8A2D-448C-4D5F-88A2-94FA9FE1B156

Debtor: Creative Technologies, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Coldwater Vending LLC
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood    CA    90046
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Grillo
Name

8272 Sunset Blvd., Ste. B
Number   Street

West Hollywood    CA    90046
City              State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/27/2024
            MM / DD / YYYY

Signed by:
/s/ David Grillo
—28578FCE738749T...
Signature of petitioner or representative, including representative's title

Ericka F. Johnson
Printed name

Bayard, P.A.
Firm name, if any

600 North King Street, Suite 400
Number   Street

Wilmington                     DE    19801
City                           State ZIP Code

Contact phone  302-429-4275    Email ejohnson@bayardlaw.com

Bar number  5024

State  Delaware

/s/ Ericka Johnson
Signature of attorney

Date signed  08/27/2024
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City              State  ZIP Code _____

Contact phone _____   Email _____

Bar number _____

State _____

_____
Signature of attorney

Date signed _____
            MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>CREATIVE TECHNOLOGIES, LLC,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-_____ ( ) |

### STATEMENT OF CORPORATE OWNERSHIP OF <u>STILLWATER VENTURES LLC</u>

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Stillwater Ventures LLC hereby states that no corporate entity directly or indirectly owns 10% or more of any class of Stillwater Venture LLC's outstanding equity interests.

Dated: August 27, 2024
Wilmington, Delaware

BAYARD, P.A.

*/s/ Ericka Johnson*
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
       sadler@bayardlaw.com

*Counsel for Stillwater Ventures LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>CREATIVE TECHNOLOGIES, LLC,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-_____ (   ) |

## STATEMENT OF CORPORATE OWNERSHIP OF
## GRAY FAMILY ENTERPRISES LLC

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Gray Family Enterprises LLC hereby states that no corporate entity directly or indirectly owns 10% or more of any class of Gray Family Enterprises LLC's outstanding equity interests.

Dated: August 27, 2024
       Wilmington, Delaware

BAYARD, P.A.

*Ericka Johnson*

Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
       sadler@bayardlaw.com

*Counsel for Gray Family Enterprises LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>CREATIVE TECHNOLOGIES, LLC,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-_____ (   ) |

STATEMENT OF CORPORATE OWNERSHIP OF
ROSEWATER VENTURES LLC

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Rosewater Ventures LLC hereby states that no corporate entity directly or indirectly owns 10% or more of any class of Rosewater Ventures LLC's outstanding equity interests.

Dated: August 27, 2024
       Wilmington, Delaware

BAYARD, P.A.

*Ericka Johnson*

Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
       sadler@bayardlaw.com

*Counsel for Rosewater Ventures LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| CREATIVE TECHNOLOGIES, LLC, | Case No. 24-_____ (   ) |
| Alleged Debtor. | |

### STATEMENT OF CORPORATE OWNERSHIP OF COLDWATER VENDING LLC

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Coldwater Vending LLC hereby states that no corporate entity directly or indirectly owns 10% or more of any class of Coldwater Vending LLC's outstanding equity interests.

Dated: August 27, 2024
Wilmington, Delaware

BAYARD, P.A.

*Ericka Johnson*

Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
          sadler@bayardlaw.com

*Counsel for Coldwater Vending LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>CREATIVE TECHNOLOGIES, LLC<br><br>Alleged Debtor. | Chapter 11<br><br>Case No.: |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

A petition under title 11, United States Code was filed against you on August 27, 2024 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk: |
|---|
| Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 |

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioners' Attorneys: |
|---|
| **Stillwater Ventures LLC**<br>**Gray Family Enterprises LLC**<br>**Rosewater Ventures LLC**<br>**Coldwater Vending LLC**<br>Ericka F. Johnson (Del. Bar No. 5024)<br>Steven D. Adler (Del. Bar No. 6257)<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Email: ejohnson@bayardlaw.com<br>          sadler@bayardlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

Date:_____    By: _____ (Deputy Clerk)